Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Camrie Ventry (SBN 355853)
cventry@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 1100
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Defendant*
*Jane Heiting*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JANE HEITING, individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

TRELLA HEALTH LLC, a Georgia limited liability company; and DOES 1 through 25, inclusive,

    Defendant.

Case No.: 2:26-CV-00653-SVW-MAA

**NOTICE OF SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jane Heiting and Defendant Trella Health LLC have reached a resolution of the above-captioned case. The Parties are working on the final settlement papers and expect Plaintiff will dismiss his individual claims with prejudice within the next 45 days.

DATED: March 11, 2026                    **TAULER SMITH LLP**


By:    */s/ Robert Tauler*
            Robert Tauler, Esq.
            Attorneys for Plaintiff
            Jane Heiting

PTF'S NOTICE OF SETTLEMENT                    2:26-cv-00653-SVW-MAA